## Exhibit A
## Statement of Claim
## Plaintiff Jean-Denis Defaite

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Equivalent Hourly Rate Paid[1] | Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 7/1/19 - 9/1/19 | 9.00 | 59 | $ 650.00 | $ 11.02 | $ 16.53 | $ 941.95 | $ 941.95 |
| 10/9/16 - 6/30/19 | 120.14 | | $ 750.00 | $ 12.71 | $ 19.07 | $ 14,508.78 | $ 14,508.78 [2] |
| | | | | | | $ 15,450.73 | $ 15,450.73 |

Total Unpaid Overtime Wages[1] = $ 15,450.73
Total Liquidated Damages[1] = $ 15,450.73
Total[1] = $ 30,901.45

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.
[2] The number of weeks during this period reflects 22 weeks less than the actual number of weeks during this date range.