**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 0:19-cv-62518-RS

JEAN-DENIS DEFAITE,

      Plaintiff,

v.

PHOENIX COMPLETE AUTO CARE
INC., MIAMI SUNNY, INC. D/B/A
SUNNY INTERNATIONAL TRAVEL,
YONG QING LIU,

      Defendants.

_____/

## NOTICE OF APPEARANCE

      The undersigned, ADI AMIT, of the law firm of ADI AMIT., P.A., 101 Centre, 101 N.E. Third Avenue, Suite 300, Fort Lauderdale, Florida 33301, hereby gives notice of his appearance as counsel for the Defendants, PHOENIX COMPLETE AUTO CARE INC., MIAMI SUNNY, INC. d/b/a SUNNY INTERNATIONAL TRAVEL, and YONG QING LIU, in the above-captioned matter.

      Dated, this 6th day of November, 2019.

> Adi Amit, P.A.
> *Attorneys for Defendants, Phoenix Complete*
> *Auto Care Inc., Miami Sunny, Inc. d/b/a Sunny*
> *International Travel, And Yong Qing Liu*
> 101 Centre
> 101 N.E. Third Avenue, Suite 300
> Fort Lauderdale, Florida 33301
> Tel: 954-533-5922
> Fax: 954-302-4963
> Adi@DefenderOfBusiness.com
>
> By: *s/Adi Amit*
>    Adi Amit, Esquire
>    Florida Bar No. 35257

1

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on November 6, 2019, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsels or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Adi Amit*
Adi Amit, Esquire

<u>**SERVICE LIST**</u>
***Jean-Deniz Defaite v. Phoenix Complete Auto Care Inc., et al.***
Case No.: 0:19-cv-62518-RS

Elliot Kozolchyk, Esq.
Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax: (786) 358-6071 Email:
ekoz@kozlawfirm.com
*Counsel for Plaintiff*

Adi Amit, Esq.
ADI AMIT, P.A.
101 Centre
101 NE Third Ave., Ste. 300
Fort Lauderdale, FL 33301
954-533-5922
(F) 954-302-4963
adi@defenderofbusiness.com
*Counsel for Defendants*