UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:19-cv-62518-RS

JEAN-DENIS DEFAITE,

    Plaintiff,

v.

PHOENIX COMPLETE AUTO CARE INC., MIAMI SUNNY, INC. D/B/A SUNNY INTERNATIONAL TRAVEL, YONG QING LIU,

    Defendants.
_____/

**DEFENDANTS'** *UNOPPOSED* **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

    Defendants, PHOENIX COMPLETE AUTO CARE INC., MIAMI SUNNY, INC. d/b/a SUNNY INTERNATIONAL TRAVEL, and YONG QING LIU, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1, file their Unopposed Motion for Extension of Time within which to respond to Plaintiff's Complaint and in support state as follows:

    1.    On October 9, 2019, Plaintiff filed his complaint alleging violations of the FLSA. [DE 1].

    2.    Defendants were served with the complaint and their response is due on November 6, 2019.

    3.    The undersigned counsel has just been retained by the Defendants to respond herein this matter and need additional brief extension to review and verify facts and formulate a response to this Complaint accordingly.

4.       Because defendants wish to ensure a proper and factually based defense, defendants ask for a brief one-week [7-day] extension to respond to the Complaint, up to and including November 13, 2019.

5.       The request contained herein is not intended for purposes of delay and will not cause any prejudice to the Court, or any party to this action, as this matter has just begun and no trial order has been issued.

6.       Plaintiff **does not** oppose the relief requested herein, which is also an indication Plaintiff will not be prejudiced by the relief requested.

WHEREFORE, Defendants, respectfully request entry of an Order extending the time within which they may file their response to Plaintiff's Complaint until and including November 13, 2019, and granting such other relief as is just and proper.

### CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

The undersigned certifies that on November 6, 2019, she conferred with Plaintiff's counsel, regarding the relief requested herein, and has been permitted to represent that the Plaintiff **does not** oppose the relief requested herein.

Dated this 6th of November 2019.

Adi Amit, P.A.
*Attorneys for* Defendants, *Phoenix Complete Auto Care Inc., Miami Sunny, Inc. d/b/a Sunny International Travel, And Yong Qing Liu*
101 Centre
101 N.E. Third Avenue, Suite 300
Fort Lauderdale, Florida 33301
954-533-5922
(F) 954-302-4963
brenda@DefenderOfBusiness.com

By: *s/Brenda Mattar Bretas*
     Brenda Mattar Bretas, Esquire
     Florida Bar No. 1014580

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on November 6, 2019, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsels or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Brenda Mattar Bretas*
Brenda Mattar Bretas, Esq.

## SERVICE LIST
*Jean-Deniz Defaite v. Phoenix Complete Auto Care Inc., et al.*
Case No.: 0:19-cv-62518-RS

Elliot Kozolchyk, Esq.
Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax: (786) 358-6071 Email:
ekoz@kozlawfirm.com
*Counsel for Plaintiff*

Adi Amit, Esq.
Brenda Mattar Bretas, Esq.
ADI AMIT, P.A.
101 Centre
101 NE Third Ave., Ste. 300
Fort Lauderdale, FL 33301
954-533-5922
(F) 954-302-4963
adi@defenderofbusiness.com
brenda@defenderofbusiness.com
*Counsel for Defendants*